The People of the State of Illinois, Plaintiff-Appellee, *v.* Michelle S. Monroe, Defendant-Appellant.

(No. 74-321; )

Second District (1st Division)—August 21, 1975.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Edward T. Graham, of Glen Ellyn, for appellant.

John J. Bowman, State's Attorney, of Wheaton (Malcolm F. Smith, and James F. Campion, Assistant State's Attorneys, of counsel), for the People.